E-Filed: 9/29/2008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSE CONTRERAS, | No. CV 07-6245 GHK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| D. DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  9/28/08

GEORGE H. KING
United States District Judge